**Cara R. Burns (CB 1071)**
**MIMS, KAPLAN, BURNS & GARRETSON**
**28202 Cabot Road, Ste 300**
**Laguna Niguel, California 92677**
**Telephone: (310) 314-1721**
**Facsimile: (949) 340-9737**
**cburns@hmkblawyers.com**

**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
**299 12th Street**
**Brooklyn, New York 11215-4903**
**Telephone: (347) 413-3287**
**mb@marcbradfordpc.com**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **CEREMONY OF ROSES ACQUISITION LLC,** | **ACTION NO. 1:26-cv-3384 JHR** |
| **Plaintiff,** | **~~[PROPOSED]~~ ORDER FOR RELEASE OF CASH BOND OBLIGATION AND DISPOSITION OF SEIZED GOODS** |
| **v.** | |
| **JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANY,** | |
| **Defendants.** | |

---

Plaintiff Ceremony of Roses Acquisition LLC having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Ceremony of Roses Acquisition LLC, c/o Mims, Kaplan, Burns & Garretson, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

Dated: November 15, 2026

Jennifer H. Rearden
______________________________
**HONORABLE JENNIFER H. REARDEN**
**UNITED STATES DISTRICT JUDGE**